[No. 63628-6-I. Division One. January 31, 2011.]

BRENT CARTER ET AL., *Appellants*, v. SUTTELL & ASSOCIATES, PS, ET AL., *Respondents*.

 *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Appelwick, J., concurred in by Becker and Cox, JJ.

[No. 64159-0-I. Division One. January 31, 2011.]

CITIBANK SOUTH DAKOTA, NA, *Respondent*, v. TIM P. RYAN, *Appellant*.

 *Reversed* and *remanded* by unpublished opinion per Spearman, J., concurred in by Leach, A.C.J., and Lau, J. 

[No. 64326-6-I. Division One. January 31, 2011.]

CHRIS HUGHES, *Respondent*, v. THE SHORELINES HEARINGS BOARD ET AL., *Defendants*, FRIENDS OF THE SAN JUANS, *Appellant*.

 *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Lau, JJ.

[No. 64419-0-I. Division One. January 31, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD LEE CASTILLO, *Appellant*.

 *Reversed* and *remanded* by unpublished opinion per Leach, A.C.J., concurred in by Grosse and Ellington, JJ.